UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-06-251-3 |
| | § | |
| DALE RICHARD LIMPERT, JR. | § | |

### Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), the Court finds that the ends of justice which will be served by allowing the Defendant additional time in which to prepare this case outweigh the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Thus, the Court finds that the time between November 16, 2006 and January 22, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Accordingly, it is ordered that Defendant's unopposed motion for continuance and entry of superseding docket control order is GRANTED, and the time between November 16, 2006 and January 22, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ordered that the scheduling order is amended as follows:

MOTIONS will be filed by            December 22, 2006

RESPONSES will be filed by          December 30, 2006

Proposed voir dire and charge to be filed by    January 16, 2007

PRETRIAL CONFERENCE is set for    January 22, 2007 @ 9:00 a.m.
(515 Rusk, Courtroom 8B, 8th Floor, Houston TX)
**DEFENDANT MUST BE PRESENT**

JURY SELECTION and TRIAL is set for    January 22, 2007 @ 1:30 p.m.

Signed at Houston, Texas on November 17, 2006.

_____
Gray H. Miller
United States District Judge